Mamta Ahluwalia (Bar No. 245992)
**HKM Employment Attorneys LLP**
453 S. Spring Street, Suite 1008
Los Angeles, California 90013
Tel/Fax: 213.259.9950
Email: mahluwalia@hkm.com

Barbara E. Figari (Bar No. 251942)
**THE FIGARI LAW FIRM**
9431 Haven Avenue, Suite 100
Rancho Cucamonga, CA 91730
Telephone:   626.486.2620
Facsimile:    877.459.3540
Email:         barbara@figarilaw.com

Attorneys for Plaintiff
ALICE VYSATA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICE VYSATA,<br><br>   Plaintiff and Counterdefendant,<br><br>v.<br><br>MARC MENOWITZ, et al.,<br><br>   Defendants & Counterclaimants. | CASE NO.: 18-cv-06157-JAK-RAO<br><br>**[PROPOSED] ORDER GRANTING MOTION TO QUASH SUBPOENAS TO NON-PARTIES AUDREY YEBOAH AND SKYLINE FINANCIAL CORP.** |

    Before the Court is Plaintiff Alice Vysata's Motion to Quash Subpoenas issued to non-parties Audrey Yeboah and Skyline Financial Corp. by Defendants Marc Menowitz

and Apartment Rental Assistance II, Inc.

Having considered the papers and arguments presented and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

Subpoena Duces Tecum dated January 21, 2019 and served on Audrey Yeboah and Skyline Financial Corp. are **QUASHED**.

DATED:

_____
Rozella A. Oliver
Magistrate Judge of the District Court